# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

148695

LINDA A. KIRBY,
       Plaintiff-Appellant,

v

GENERAL MOTORS CORPORATION,
       Defendant-Appellee.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 148695
COA: 316964
MCAC: 12-000030

_____/

On order of the Court, the application for leave to appeal the January 2, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



t0616

Clerk